CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
APR 30 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| WILLIAM T. WADE,<br>    Petitioner, | Civil Action No. 7:12-cv-00195 |
| v. | **ORDER** |
| COMMONWEALTH OF VIRGINIA,<br>    Respondent. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for lack of jurisdiction and the Clerk **SHALL** send petitioner a form 28 U.S.C. § 2254 petition for a writ of habeas corpus.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 30th day of April, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge